```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 49539
   MICHAEL GENE ELLIOTT
   JENNIFER LYNN ELLIOTT                        CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-9458     SSN XXX-XX-7197

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/12/05 .

   2.  The case was converted to Chapter 7 without confirmation, 01/10/2006.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------
CHASE MANHATTAN BANK       SECURED                  .00         .00            .00
DISCOVER                   SECURED         NOT FILED            .00            .00
GREAT BANK                 SECURED                  .00         .00            .00
WELLS FARGO HOME MTGE      CURRENT MORTG            .00         .00            .00
ILLINOIS DEPT REVENUE      PRIORITY        NOT FILED            .00            .00
BANK OF MONTREAL           UNSECURED       NOT FILED            .00            .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED            .00            .00
DISCOVER BANK              UNSECURED       NOT FILED            .00            .00
DUPAGE CREDIT UNION        UNSECURED       NOT FILED            .00            .00
NEXTEL COMMUNICATIONS      UNSECURED       NOT FILED            .00            .00
PROGRESSIVE                UNSECURED       NOT FILED            .00            .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED       NOT FILED            .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00           .00
PRINCIPAL PAID           .00          .00          .00          .00           .00
INTEREST PAID            .00          .00          .00          .00           .00
TOTAL PAID               .00          .00          .00          .00           .00
The Debtor's attorney, MANKUS & MARCHAN LTD             , was allowed $       .00
and was paid $          .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 05/03/06                     /S/
                                 GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 49539 MICHAEL GENE ELLIOTT & JENNIFER LYNN ELLIOTT