UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 49539
  MICHAEL GENE ELLIOTT
  JENNIFER LYNN ELLIOTT                   CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-9458    SSN XXX-XX-7197

------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/12/05 .

     2.  The case was converted to Chapter 7 without confirmation, 01/10/2006.

------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN BANK | SECURED | .00 | .00 | .00 |
| DISCOVER | SECURED | NOT FILED | .00 | .00 |
| GREAT BANK | SECURED | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| BANK OF MONTREAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESSIVE | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |

                Summary of disbursements:
------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, MANKUS & MARCHAN LTD          , was allowed $          .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 05/03/06                      /S/
                                     GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 49539 MICHAEL GENE ELLIOTT & JENNIFER LYNN ELLIOTT