# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: ELLIOTT, MICHAEL GENE | § | Case No. 05-49539 |
| ELLIOTT, JENNIFER LYNN | § | |
| LOCH, JENNIFER | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on October 12, 2005. The undersigned trustee was appointed on January 10, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $        6,583.27

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 250.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $        6,333.27 |

The remaining funds are available for distribution.

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 06/26/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,408.28. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,408.28, for a total compensation of $1,408.28. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/08/2010          By:/s/MICHAEL G. BERLAND
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-49539 | Trustee: | (520196) MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | ELLIOTT, MICHAEL GENE | Filed (f) or Converted (c): | 01/10/06 (c) |
|  | ELLIOTT, JENNIFER LYNN | §341(a) Meeting Date: | 03/23/06 |
| Period Ending: | 01/08/10 | Claims Bar Date: | 06/26/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 59 Brockway Drive, Oswego-scheduled<br>The Trustee was unsuccesful in his attmepts to sell the debtors' home. | 220,000.00 | 0.00 |  | 0.00 | FA |
| 2 | Bank One-scheduled | 100.00 | 0.00 |  | 0.00 | FA |
| 3 | Bank One-shceduled | 100.00 | 0.00 |  | 0.00 | FA |
| 4 | Furniture-scheduled | 1,500.00 | 0.00 |  | 0.00 | FA |
| 5 | Books and pictures-scheduled | 75.00 | 0.00 |  | 0.00 | FA |
| 6 | Clothing-scheduled | 200.00 | 0.00 |  | 0.00 | FA |
| 7 | Suit againnst Bil Jacobs Chevrolet-scheduled | 0.00 | 0.00 |  | 0.00 | FA |
| 8 | 1997 Chevrolet Silverado | 7,000.00 | 0.00 |  | 5,500.00 | FA |
| 9 | 1999 Honda Civic-scheduled | 5,000.00 | 0.00 |  | 0.00 | FA |
| 10 | 2002 Corvette | 15,000.00 | 0.00 |  | 0.00 | FA |
| 11 | Earnest money deposit refund r.e.-unscheduled<br>The Trustee has a contract to sell real estate which was terminated because of the purchaser's default. | 0.00 | 1,000.00 |  | 1,000.00 | FA |
| 12 | Consumer fraud action-unscheduled | 0.00 | Unknown | DA | 0.00 | FA |
| 13 | Cash-scheduled | 100.00 | 0.00 |  | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 83.27 | Unknown |
| 14 | Assets Totals (Excluding unknown values) | $249,075.00 | $1,000.00 |  | $6,583.27 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee compromised his interest in a Chevrolet Silverado. The Trustee hired a broker to attempt to sell the debtors' home but the pruchaser defaulted. There is not enough equity for the Trustee to attempt to sell the debtors' home in the future. The Trustee determined that there would be no recovery for the bankruptcy estate in a consumer fraud action . The Trustee filed his final report with the US Trustees Office.

Initial Projected Date Of Final Report (TFR):    June 30, 2010        Current Projected Date Of Final Report (TFR):    June 30, 2010

Printed: 01/08/2010 04:34 PM    V.11.53

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-49539 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | ELLIOTT, MICHAEL GENE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ELLIOTT, JENNIFER LYNN | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | 13-7524752 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/17/06 | {8} | Jennifer Elliott | Payment for interest in Chevrolet Silverado pursuant to court order | 1129-000 | 5,500.00 | | 5,500.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.57 | | 5,501.57 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.62 | | 5,505.19 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.74 | | 5,508.93 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.74 | | 5,512.67 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.50 | | 5,516.17 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.86 | | 5,520.03 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.62 | | 5,523.65 |
| 12/27/06 | {11} | Century 21 | Refund of earnest money deposit after default of purchaser | 1129-000 | 1,000.00 | | 6,523.65 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.50 | | 6,527.15 |
| 01/03/07 | 1001 | Jacob & Hefner | Payment to surveyor for survey pursuant to court order and local rule | 2500-000 | | 250.00 | 6,277.15 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.22 | | 6,281.37 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.13 | | 6,284.50 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.35 | | 6,287.85 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.46 | | 6,291.31 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.47 | | 6,294.78 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.24 | | 6,298.02 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.58 | | 6,301.60 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.47 | | 6,305.07 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.14 | | 6,308.21 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.70 | | 6,311.91 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.28 | | 6,315.19 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.21 | | 6,318.40 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.88 | | 6,321.28 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.29 | | 6,322.57 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.17 | | 6,323.74 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.88 | | 6,324.62 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.79 | | 6,325.41 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.80 | | 6,326.21 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.80 | | 6,327.01 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.75 | | 6,327.76 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.83 | | 6,328.59 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.69 | | 6,329.28 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.49 | | 6,329.77 |

Subtotals : $6,579.77 $250.00

{} Asset reference(s)

Printed: 01/08/2010 04:34 PM V.11.53

Case 05-49539 Doc 54 Filed 01/12/10 Entered 01/12/10 14:01:13 Desc Main Document Page 5 of 9

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-49539 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | ELLIOTT, MICHAEL GENE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ELLIOTT, JENNIFER LYNN | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | 13-7524752 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 6,330.21 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,330.46 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,330.70 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,330.97 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,331.22 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,331.46 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,331.73 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,331.99 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,332.25 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,332.50 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,332.75 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,333.01 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,333.27 |
| | | | ACCOUNT TOTALS | | 6,583.27 | 250.00 | $6,333.27 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,583.27 | 250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,583.27 | $250.00 | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 05-49539 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: ELLIOTT, MICHAEL GENE | Bank Name: JPMORGAN CHASE BANK, N.A. |
| ELLIOTT, JENNIFER LYNN | Account: ***-*****67-66 - Checking Account |
| Taxpayer ID #: 13-7524752 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 01/08/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****67-65 | 6,583.27 | 250.00 | 6,333.27 |
| Checking # ***-*****67-66 | 0.00 | 0.00 | 0.00 |
| | $6,583.27 | $250.00 | $6,333.27 |

{} Asset reference(s)                                                                 Printed: 01/08/2010 04:34 PM   V.11.53

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-49539
Case Name: ELLIOTT, MICHAEL GENE
Trustee Name: MICHAEL G. BERLAND

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 1,408.28 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*       _____ $_____ $_____
*Accountant for*     _____ $_____ $_____
*Appraiser for*      _____ $_____ $_____
*Other*              _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,896.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11P | Illinois Department of Revenue | $3,896.55 | $3,896.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,035.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Bank of Montreal | $6,535.70 | $80.91 |
| 2 | Worldwide Asset Purchasing, LLC | $11,777.62 | $145.80 |
| 5 | LVNV Funding LLC., assignee of Resurgent Capital | $11,771.26 | $145.72 |
| 6 | Chase Manhattan Bank USA, NA by eCast | $21,625.10 | $267.70 |
| 7 | DISCOVER BANK / DISCOVER FINANCIAL SERVICES | $16,033.27 | $198.48 |
| 8 | DISCOVER BANK / DISCOVER FINANCIAL SERVICES | $9,009.01 | $111.52 |
| 9 | DuPage Credit Union | $347.07 | $4.30 |
| 10 | DuPage Credit Union | $5,018.92 | $62.13 |

**UST Form 101-7-TFR (9/1/2009)**

____11U_____    Illinois Department of Revenue   $_____917.74    $_____11.36

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant*                           *Allowed Amt. of Claim   Proposed Payment*
                            N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant*                           *Allowed Amt. of Claim   Proposed Payment*
                            N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**