# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: ELLIOTT, MICHAEL GENE | § | Case No. 05-49539 |
| ELLIOTT, JENNIFER LYNN | § | |
| LOCH, JENNIFER | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 02/19/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/12/2010      By:  /s/MICHAEL G. BERLAND_____
                                  Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ELLIOTT, MICHAEL GENE § Case No. 05-49539
      ELLIOTT, JENNIFER LYNN §
      LOCH, JENNIFER §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,583.27 |
| *and approved disbursements of* | $ 250.00 |
| *leaving a balance on hand of* [1] | $ 6,333.27 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                  *Proposed Payment*

                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 1,408.28 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                  *Fees*                  *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,896.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11P | Illinois Department of Revenue | $ 3,896.55 | $ 3,896.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,035.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Bank of Montreal | $ 6,535.70 | $ 80.91 |
| 2 | Worldwide Asset Purchasing, LLC | $ 11,777.62 | $ 145.80 |
| 5 | LVNV Funding LLC., assignee of Resurgent Capital | $ 11,771.26 | $ 145.72 |
| 6 | Chase Manhattan Bank USA, NA by eCast | $ 21,625.10 | $ 267.70 |
| 7 | DISCOVER BANK / DISCOVER FINANCIAL SERVICES | $ 16,033.27 | $ 198.48 |
| 8 | DISCOVER BANK / DISCOVER FINANCIAL SERVICES | $ 9,009.01 | $ 111.52 |
| 9 | DuPage Credit Union | $ 347.07 | $ 4.30 |
| 10 | DuPage Credit Union | $ 5,018.92 | $ 62.13 |

**UST Form 101-7-NFR (9/1/2009)**

<u>    11U    </u>   <u>Illinois Department of Revenue</u>   $<u>        917.74    </u>   $<u>        11.36    </u>

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim    Proposed Payment*

                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim    Proposed Payment*

                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/MICHAEL G. BERLAND
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pgordon              Page 1 of 1              Date Rcvd: Jan 13, 2010
Case: 05-49539                Form ID: pdf006            Total Noticed: 28

The following entities were noticed by first class mail on Jan 15, 2010.
db/jdb        +Michael Gene Elliott,    Jennifer Lynn Elliott,    59 Brockway Drive,    Oswego, IL 60543-9599
aty           +Norman Lehrer,    Lehrer Flahety & Canavan,    429 W Wesley,    Wheaton, IL 60187-4998
aty        ++++TONY MANKUS,    MANKUS & MARCHAN LTD.,    5950 LINCOLN AVE STE E,    LISLE IL  60532-2612,
                Lisle, IL  60532
               (address filed with court: Tony Mankus,    Mankus & Marchan Ltd.,    5950-E Lincoln Ave.,
                Suite 500,    Lisle, IL  60532)
tr            +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
10114613       Allied Interstate,    P.O. Box 361474,    Columbus, OH 43236-1474
10114614       Bank of Montreal,    Account Management Centre,    PO Box 4000, STN D,    Toronto, ON M9A 4X5
10504555       Bank of Montreal,    c/o Asset Bankruptcy Highway,    1551 The Queensway,    Toronto, ON M82-IT8
10114616      +Chase Manhattan Bank USA, N.A.,    PO Box 15902,    Wilmington, DE 19886-5902
10555498       Chase Manhattan Bank USA, NA,    by eCAST Settlement Corporation,    as its agent,    P.O. Box 35480,
                Newark, NJ  07193-5480
10114618      +Discover Bank,    % Weltman, Weinberg & Reis Co., L.P.A.,    1419 Lake Cook Road, Ste. 480,
                Deerfield, IL 60015-5228
10114619      +Du Page Credit Union,    PO Box 30495,    Tampa, FL 33630-3495
10752042      +DuPage Credit Union,    PO Box 3930,    Naperville,    IL 60567-3930
10114612       Encore Receivable Management, Inc.,    PO Box 3330,    Olathe, KS 66063-3330
10114620      +Great Bank,    234 S. Randall Road,    Algonquin, IL 60102-9706
10546986      +Greatbank Algonquin,    234 South Randall Road,    Algonquin, IL 60102-9775
10792168     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
                100 W. Randolph St., Suite 7-400,    Chicago, IL  60601)
10114621       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10114622      +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
10114623      +Nextel,    P.O. Box 4191,    Carol Stream, IL 60197-4191
10114624      +Progressive Insurance Co,    P.O. Box 4640,    Carol Stream, IL 60197-4640
10114625      +Sears,    P.O. Box 182156,    Columbus, OH 43218-2156
10114626      +Wells Fargo Bank,    c/o Codilis & Associates, P C,    15W030 North Frontage Road, Suite 100,
                Burr Ridge, IL 60527-6921
10552345      +Wells Fargo Bank, N.A.,    Bankruptcy Department,    3476 Stateview Blvd,    X7801-014,
                Ft. Mill, SC 29715-7203
10544774      +Worldwide Asset Purchasing, LLC,    c/o West Asset Management, Inc,    PO Box 672047,
                Marietta GA 30006-0035

The following entities were noticed by electronic transmission on Jan 13, 2010.
10114615      +Fax: 602-221-4614 Jan 13 2010 22:46:11      Chase Manhattan Automotive Finance Corp.,
                900 Stewart Ave.,    Garden City, NY 11530-4891
10556267       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2010 02:03:31
                DISCOVER BANK / DISCOVER FINANCIAL SERVICES,    PO BOX 8003,    HILLIARD, OH 43026
10114617       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2010 02:03:31      Discover Platinum Card,
                P.O. Box 30395,    Salt Lake City, UT 84130-0395
10553094       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC., its successors and assigns, as,    Resurgent Capital Services,
                P.O. Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 15, 2010**              **Signature:** _/s/ Joseph Speetjens_