**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ELLIOTT, MICHAEL GENE | § | Case No. 05-49539 |
| ELLIOTT, JENNIFER LYNN | § | |
| LOCH, JENNIFER | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $17,075.00 |
| Total Distribution to Claimants: $4,779.49 | Claims Discharged Without Payment: $94,002.86 |
| Total Expenses of Administration: $1,658.28 | |

3) Total gross receipts of $ 6,583.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 145.93 (see **Exhibit 2**), yielded net receipts of $6,437.77 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $198,587.63 | $157,210.20 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,658.28 | 1,658.28 | 1,658.28 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 4,757.47 | 3,896.55 | 3,896.55 | 3,896.55 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 66,787.23 | 83,035.69 | 83,035.69 | 882.94 |
| TOTAL DISBURSEMENTS | $270,132.33 | $245,800.72 | $88,590.52 | $6,437.77 |

4) This case was originally filed under Chapter 7 on October 12, 2005.
. The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2010            By: /s/MICHAEL G. BERLAND
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1997 Chevrolet Silverado | 1129-000 | 5,500.00 |
| Earnest money deposit refund r.e.-unscheduled | 1129-000 | 1,000.00 |
| Interest Income | 1270-000 | 83.70 |
| **TOTAL GROSS RECEIPTS** | | **$6,583.70** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk Of Bankruptcy Court | Payment of unclaimed funds to Clerk of Bankruptcy Court | 8500-002 | 145.93 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$145.93** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Greatbank Algonquin | 4110-000 | N/A | 1,945.50 | 0.00 | 0.00 |
| 4 | Wells Fargo Bank, N.A. | 4110-000 | N/A | 155,264.70 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 154,178.06 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Automotive Finance Corp. | 4110-000 | 32,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Bank & Weltman, Weinberg & Reis Co., L.P.A. | 4110-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Great Bank | 4110-000 | 1,909.57 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$198,587.63** | **$157,210.20** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,408.28 | 1,408.28 | 1,408.28 |
| Jacob & Hefner | 2500-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,658.28 | 1,658.28 | 1,658.28 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11P | Illinois Department of Revenue | 5800-000 | 4,757.47 | 3,896.55 | 3,896.55 | 3,896.55 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 4,757.47 | 3,896.55 | 3,896.55 | 3,896.55 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank of Montreal | 7100-000 | 12,852.90 | 6,535.70 | 6,535.70 | 80.99 |
| 2 | Worldwide Asset Purchasing, LLC | 7100-000 | N/A | 11,777.62 | 11,777.62 | 0.00 |
| 5 | LVNV Funding LLC., assignee of Resurgent Capital | 7100-000 | N/A | 11,771.26 | 11,771.26 | 145.85 |
| 6 | Chase Manhattan Bank USA, NA by eCast | 7100-000 | 21,625.10 | 21,625.10 | 21,625.10 | 267.95 |
| 7 | DISCOVER BANK / DISCOVER FINANCIAL SERVICES | 7100-000 | 15,607.67 | 16,033.27 | 16,033.27 | 198.66 |
| 8 | DISCOVER BANK / DISCOVER FINANCIAL SERVICES | 7100-000 | N/A | 9,009.01 | 9,009.01 | 111.63 |
| 9 | DuPage Credit Union | 7100-000 | N/A | 347.07 | 347.07 | 4.30 |
| 10 | DuPage Credit Union | 7100-000 | 4,851.45 | 5,018.92 | 5,018.92 | 62.19 |
| 11U | Illinois Department of Revenue | 7100-000 | N/A | 917.74 | 917.74 | 11.37 |
| NOTFILED | Nextel | 7100-000 | 354.00 | N/A | N/A | 0.00 |
| NOTFILED | Progressive Insurance Co | 7100-000 | 289.77 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED Sears | 7100-000 | 11,206.34 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 66,787.23 | 83,035.69 | 83,035.69 | 882.94 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-49539 | Trustee: | (520196) MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | ELLIOTT, MICHAEL GENE | Filed (f) or Converted (c): | 01/10/06 (c) |
|  | ELLIOTT, JENNIFER LYNN | §341(a) Meeting Date: | 03/23/06 |
| Period Ending: | 11/30/10 | Claims Bar Date: | 06/26/06 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 59 Brockway Drive, Oswego-scheduled  The Trustee was unsuccesful in his attmepts to sell the debtors' home. | 220,000.00 | 0.00 | | 0.00 | FA |
| 2 | Bank One-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Bank One-shceduled | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Books and pictures-scheduled | 75.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Suit againnst Bil Jacobs Chevrolet-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 1997 Chevrolet Silverado | 7,000.00 | 5,500.00 | | 5,500.00 | FA |
| 9 | 1999 Honda Civic-scheduled | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2002 Corvette | 15,000.00 | 0.00 | | 0.00 | FA |
| 11 | Earnest money deposit refund r.e.-unscheduled  The Trustee has a contract to sell real estate which was terminated because of the purchaser's default. | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 12 | Consumer fraud action-unscheduled | 0.00 | Unknown | DA | 0.00 | FA |
| 13 | Cash-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 83.70 | Unknown |
| 14 | Assets   Totals (Excluding unknown values) | $249,075.00 | $6,500.00 | | $6,583.70 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee compromised his interest in a Chevrolet Silverado. The Trustee hired a broker to attempt to sell the debtors' home but the pruchaser defaulted. There is not enough equity for the Trustee to attempt to sell the debtors' home in the future. The Trustee determined that there would be no recovery for the bankruptcy estate in a consumer fraud action. The Trustee filed his final report with the US Trustees Office.

Initial Projected Date Of Final Report (TFR):   June 30, 2010          Current Projected Date Of Final Report (TFR):   June 30, 2010

Printed: 11/30/2010 02:29 PM   V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-49539 | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | ELLIOTT, MICHAEL GENE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ELLIOTT, JENNIFER LYNN | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | **-***4752 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/30/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/17/06 | {8} | Jennifer Elliott | Payment for interest in Chevrolet Silverado pursuant to court order | 1129-000 | 5,500.00 | | 5,500.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.57 | | 5,501.57 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.62 | | 5,505.19 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.74 | | 5,508.93 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.74 | | 5,512.67 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.50 | | 5,516.17 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.86 | | 5,520.03 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.62 | | 5,523.65 |
| 12/27/06 | {11} | Century 21 | Refund of earnest money deposit after default of purchaser | 1129-000 | 1,000.00 | | 6,523.65 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.50 | | 6,527.15 |
| 01/03/07 | 1001 | Jacob & Hefner | Payment to surveyor for survey pursuant to court order and local rule | 2500-000 | | 250.00 | 6,277.15 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.22 | | 6,281.37 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.13 | | 6,284.50 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.35 | | 6,287.85 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.46 | | 6,291.31 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.47 | | 6,294.78 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.24 | | 6,298.02 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.58 | | 6,301.60 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.47 | | 6,305.07 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.14 | | 6,308.21 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.70 | | 6,311.91 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.28 | | 6,315.19 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.21 | | 6,318.40 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.88 | | 6,321.28 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.29 | | 6,322.57 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.17 | | 6,323.74 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.88 | | 6,324.62 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.79 | | 6,325.41 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.80 | | 6,326.21 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.80 | | 6,327.01 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.75 | | 6,327.76 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.83 | | 6,328.59 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.69 | | 6,329.28 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.49 | | 6,329.77 |

Subtotals: $6,579.77 $250.00

{} Asset reference(s)                      Printed: 11/30/2010 02:29 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-49539 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | ELLIOTT, MICHAEL GENE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ELLIOTT, JENNIFER LYNN | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | **-***4752 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/30/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 6,330.21 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,330.46 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,330.70 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,330.97 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,331.22 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,331.46 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,331.73 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,331.99 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,332.25 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,332.50 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,332.75 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,333.01 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,333.27 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,333.51 |
| 02/22/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 6,333.70 |
| 02/22/10 | | To Account #********6766 | Transfer for purpose of final distribution | 9999-000 | | 6,333.70 | 0.00 |
| | | ACCOUNT TOTALS | | | 6,583.70 | 6,583.70 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 6,333.70 | |
| | | Subtotal | | | 6,583.70 | 250.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | **$6,583.70** | **$250.00** | |

() Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-49539 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | ELLIOTT, MICHAEL GENE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ELLIOTT, JENNIFER LYNN | | Account: | ***-*****67-66 - Checking Account |
| Taxpayer ID #: | **-***4752 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/30/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 02/22/10 | | From Account #********6765 | Transfer for purpose of final distribution | 9999-000 | 6,333.70 | | 6,333.70 |
| 02/23/10 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,408.28, Trustee Compensation; Reference: | 2100-000 | | 1,408.28 | 4,925.42 |
| 02/23/10 | 102 | Illinois Department of Revenue | Dividend paid 100.00% on $3,896.55; Claim# 11P; Filed: $3,896.55; Reference: | 5800-000 | | 3,896.55 | 1,028.87 |
| 02/23/10 | 103 | Bank of Montreal | Dividend paid 1.23% on $6,535.70; Claim# 1; Filed: $6,535.70; Reference: | 7100-000 | | 80.99 | 947.88 |
| 02/23/10 | 104 | Worldwide Asset Purchasing, LLC | Dividend paid 1.23% on $11,777.62; Claim# 2; Filed: $11,777.62; Reference: Stopped on 06/15/10 | 7100-000 | | 145.93 | 801.95 |
| 02/23/10 | 105 | LVNV Funding LLC., assignee of Resurgent Capital | Dividend paid 1.23% on $11,771.26; Claim# 5; Filed: $11,771.26; Reference: | 7100-000 | | 145.85 | 656.10 |
| 02/23/10 | 106 | Chase Manhattan Bank USA, NA by eCast | Dividend paid 1.23% on $21,625.10; Claim# 6; Filed: $21,625.10; Reference: | 7100-000 | | 267.95 | 388.15 |
| 02/23/10 | 107 | DISCOVER BANK / DISCOVER FINANCIAL SERVICES | Dividend paid 1.23% on $16,033.27; Claim# 7; Filed: $16,033.27; Reference: | 7100-000 | | 198.66 | 189.49 |
| 02/23/10 | 108 | DISCOVER BANK / DISCOVER FINANCIAL SERVICES | Dividend paid 1.23% on $9,009.01; Claim# 8; Filed: $9,009.01; Reference: | 7100-000 | | 111.63 | 77.86 |
| 02/23/10 | 109 | DuPage Credit Union | Dividend paid 1.23% on $347.07; Claim# 9; Filed: $347.07; Reference: | 7100-000 | | 4.30 | 73.56 |
| 02/23/10 | 110 | DuPage Credit Union | Dividend paid 1.23% on $5,018.92; Claim# 10; Filed: $5,018.92; Reference: | 7100-000 | | 62.19 | 11.37 |
| 02/23/10 | 111 | Illinois Department of Revenue | Dividend paid 1.23% on $917.74; Claim# 11U; Filed: $917.74; Reference: | 7100-000 | | 11.37 | 0.00 |
| 06/15/10 | 104 | Worldwide Asset Purchasing, LLC | Dividend paid 1.23% on $11,777.62; Claim# 2; Filed: $11,777.62; Reference: Stopped: check issued on 02/23/10 | 7100-000 | | -145.93 | 145.93 |
| 06/18/10 | | Wire out to BNYM account 9200******6766 | Wire out to BNYM account 9200******6766 | 9999-000 | -145.93 | | 0.00 |

| | ACCOUNT TOTALS | 6,187.77 | 6,187.77 | $0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers | 6,187.77 | 0.00 | |
| | Subtotal | 0.00 | 6,187.77 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $6,187.77 | |

{} Asset reference(s)    Printed: 11/30/2010 02:29 PM    V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-49539 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | ELLIOTT, MICHAEL GENE | | Bank Name: | The Bank of New York Mellon |
| | ELLIOTT, JENNIFER LYNN | | Account: | 9200-******67-65 - Money Market Account |
| Taxpayer ID #: | **-***4752 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/30/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

() Asset reference(s)

Printed: 11/30/2010 02:29 PM V.12.54

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 05-49539 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | ELLIOTT, MICHAEL GENE | | Bank Name: | The Bank of New York Mellon |
| | ELLIOTT, JENNIFER LYNN | | Account: | 9200-******67-66 - Checking Account |
| Taxpayer ID #: | **-***4752 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/30/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/18/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******6766 | Wire in from JPMorgan Chase Bank, N.A. account *******6766 | 9999-000 | 145.93 | | 145.93 |
| 09/07/10 | 10112 | Clerk Of Bankruptcy Court | Payment of unclaimed funds to Clerk of Bankruptcy Court | 8500-002 | | 145.93 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 145.93 | 145.93 | $0.00 |
| Less: Bank Transfers | | 145.93 | 0.00 | |
| Subtotal | | 0.00 | 145.93 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $145.93 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***.*****67-65 | 6,583.70 | 250.00 | 0.00 |
| Checking # ***.*****67-66 | 0.00 | 6,187.77 | 0.00 |
| MMA # 9200-******67-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******67-66 | 0.00 | 145.93 | 0.00 |
| | $6,583.70 | $6,583.70 | $0.00 |

{} Asset reference(s)

Printed: 11/30/2010 02:29 PM   V.12.54

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MICHAEL ELLIOTT | ) No.05 B 49539 |
| JENNIFER ELLIOTT | ) Chapter 7 |
| Debtors | ) Honorable BRUCE W. BLACK |
| | ) (Joliet) |

TRUSTEE'S REPORT OF UNCLAIMED PROPERTY

Michael G. Berland, Trustee, ("Trustee") pursuant to 11 U.S.C. Section 347 of the Bankruptcy Code and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The debtors filed a Chapter 7 petition. The Trustee was subsequently appointed, qualified, and continues to serve as Trustee in this case.

2. On February 22, 2010, the Trustee sent distribution checks via United States Mail to the creditors entitled to receive same under the Distribution Report filed by the United States Trustees Office with the Clerk of the Bankruptcy Court.

3. The following creditor failed to cash its check: Worldwide Purchasing for $145.93. The Trustee will deposit said sum with the Clerk of The Bankruptcy Court

Respectfully Submitted
Michael & Jennifer Elliott, debtors

By:/s/ Michael G. Berland, trustee

Michael G. Berland
1 N. LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272

UNCLAIMED FUNDS

Worldwide Asset Purchasing
c/o West Asset Management
POB 672047
Marietta, Georgia 3006                                    $145.93